### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| AETNA INC. and ) | CIVIL ACTION NO. |
| AETNA LIFE INSURANCE COMPANY, ) | 3:16-cv-01668-JBA |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DALE MACKEL, ) | FEBRUARY 1, 2017 |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated January 23, 2017, the parties to this action hereby submit their Joint Status Report.

The parties have reached an agreement to settle the case, and have executed a written settlement agreement. Pursuant to the terms of that agreement, the parties expect that Plaintiffs will file a Stipulation of Dismissal With Prejudice within two weeks of today's date.

       THE PLAINTIFFS,
       AETNA INC.
       AETNA LIFE INSURANCE COMPANY


       By:    /s/  Jonathan C. Sterling
       James M. Sconzo, Esq. (ct04571)
       Jeffrey L. Williams, Esq. (ct05446) and
       Jonathan C. Sterling, Esq. (ct24576)
       CARLTON FIELDS JORDEN BURT, P.A.
       One State Street
       Suite 1800
       Hartford, CT  06103
       Telephone:  860-392-5000
       Facsimile:  860-392-5058
       Email: jsconzo@carltonfields.com
       jlwilliams@carltonfields.com
       jsterling@carltonfields.com
       Their Attorneys

THE DEFENDANT.
DALE MACKEL


By:    /s/  Barry J. Waters
Barry J. Waters, Esq. (ct05520) and
Terence J. Brunau (ct29363)
Murtha Cullina LLP
265 Church Street
P.O. Box 704
New Haven, Connecticut 06510-0704
Telephone: 203-772-7700
Facsimile: 203-772-7723
Email: bwaters@murthalaw.com
tbrunau@murthalaw.com
His Attorneys


## CERTIFICATION

     This is to certify that on this 1st day of February, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system:

Barry J. Waters
Terence J. Brunau
Murtha Cullina LLP
265 Church Street
P.O. Box 704
New Haven, Connecticut 06510-0704

                                      /s/ Jonathan C. Sterling
                                      Jonathan C. Sterling