UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Aetna,

 *Plaintiff,*

 *v.*

 Docket No. 16-cv-1668 (JBA)

Mackel,

 *Defendant.*

**ORDER OF DISMISSAL ON REPORT OF SETTLEMENT**

Counsel reported that this matter has been settled and that no further action is required. This case will now be dismissed.

If either party wishes to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may move to re-open the case by March 2, 2017.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

IT IS SO ORDERED.
/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 2nd day of February 2017.